**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HENRY WALLACE, *on behalf of himself and all others similarly situated,* | Case No. |
| Plaintiff, | **CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | |
| FORDHAM UNIVERSITY, | |
| Defendant. | |

Plaintiff Henry Wallace ("Plaintiff"), by and through his undersigned counsel, brings this Class Action Complaint against Defendant Fordham University ("Fordham" or "Defendant"), and alleges as follows based upon information and belief, except as to the allegations specifically pertaining to him, which are based on personal knowledge.

## NATURE OF THE ACTION

1.     Higher education is no different from any other industry in as much as consumers (*i.e.*, students) have the ability to shop between different educational products offered by competitive institutions before ultimately purchasing the product that is right for them.

2.     Some colleges and universities offer an educational product without access to a campus or in-person community, while others offer an educational product with access to a varied suite of services, activities, facilities and experiences through an on-campus, in-person educational experience.

3.     Fordham primarily offers students an in-person educational experience featuring traditional, face-to-face lecture and laboratory courses, and offers a limited selection of courses in online-only formats.

4.      Plaintiff, an undergraduate student during the Spring 2020 semester, paid tuition and fees to enroll in Fordham's on-campus, in-person education program, including all the benefits and services associated therewith for the entirety of the Spring 2020 semester.

5.      Plaintiff's paid-for experience was cut short midway through the Spring 2020 semester, when that in-person educational experience was taken away from Plaintiff and other students at Fordham.

6.      In March 2020, in response to the outbreak of the SARS-CoV-2 virus, the virus that causes the COVID-19 disease (the "COVID-19 pandemic"), Fordham, like many other colleges and universities, transitioned to remote online-only education, canceled on-campus recreational events, canceled student activity events, and ordered students to refrain from going on campus.

7.      As a result, all on-campus education, services, and amenities were no longer available to Fordham students for the remainder of the Spring 2020 semester.

8.      Despite the harsh reality that students could no longer enjoy the benefit of the bargain for which they pre-paid, Fordham refused to provide a prorated refund of tuition or fees tied to its on-campus education, services, and amenities that were not available to students for a significant part of the Spring 2020 semester.

9.      Accordingly, Fordham's students lost the benefits of the bargain for services and the experience they paid for but could no longer access or use following the school's transition to remote learning in March 2020.

10.     By not giving prorated refunds for tuition or fees charged for on-campus education and services not provided, Fordham breached its contracts with its students or was otherwise unjustly enriched.

11.     It cannot be disputed that the circumstances underlying this legal action are

unfortunate and unprecedented. However, the students did not choose these circumstances, and they certainly did not agree to pay tuition and fees for online-only education and services.

12.     It is unfair and unlawful for Fordham to retain tuition and fees for campus-based in-person education and services not being provided and to pass the financial losses on to its students.

13.     Importantly, Plaintiff does not challenge Defendant's discretion in adhering to federal, state, and local health guidelines, but rather challenges Fordham's decision to retain the tuition and fees, paid by Plaintiff and other students for in-person education, experiences, access to campus, and services, without providing such for the entire duration of the Spring 2020 semester.

14.     Plaintiff brings this class action for damages and restitution resulting from Fordham's retention of the tuition and fees paid by Plaintiff and the other putative Class members for in-person education and services not being provided. Specifically, this lawsuit seeks disgorgement of the prorated, unused amounts of the fees that Plaintiff and other putative Class members paid, but for which they (or the students on behalf of whom they paid) were not provided the benefit, as well as a partial prorated tuition reimbursement representing the difference in fair market value between the on-campus product for which they had paid, and the online product that they received.

## PARTIES

15.     Plaintiff, Henry Wallace, is an adult, who at all relevant times, is a resident and citizen of the State of New York, Country of the United States of America. He paid tuition and fees for the Spring 2020 semester. Halfway through the Spring 2020 semester, Plaintiff was forced

to take his classes remotely, refrain from visiting campus, and prevented from utilizing various on-campus services for which he paid.

16.     Plaintiff was an undergraduate student enrolled at Fordham for the Spring 2020 semester, which was scheduled to run from approximately January 13, 2020 to May 12, 2020. Plaintiff did not have access to the campus after mid-March 2020 because the campus was closed due to the COVID-19 pandemic. Plaintiff paid tuition and fees for an in-person educational experience during the Spring 2020 semester, the benefits of which he lost because Fordham closed the campus and cut off access to on-campus services, facilities, and extracurricular activities.

17.     Defendant, Fordham, is a private research university founded in 1841. Fordham offers over 60 undergraduate degrees and over 130 graduate degrees and programs. Defendant's programs enroll students from nearly all fifty states, the District of Columbia, several U.S. territories, and over 80 foreign countries. Fordham operates three campuses in and around New York City: at Lincoln Center in Manhattan, at Rose Hill in the Bronx, and Westchester in West Harrison. Defendant is a citizen of New York.

## JURISDICTION AND VENUE

18.     The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(d)(2)(A), as modified by the Class Action Fairness Act of 2005, because at least one member of the Class, as defined below, is a citizen of a different state than Defendant, there are more than 100 members of the Class, and the aggregate amount in controversy exceeds $5,000,000 exclusive of interests and costs.

19.     This Court has personal jurisdiction over Defendant because many of the acts and transactions giving rise to this action occurred in this District, and because Defendant conducts

substantial business by operating its principal campus in this District and soliciting students residing in this District to attend its institution.

20.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because many of the acts and transactions giving rise to this action occurred in this District, specifically, the contracts that are the subject of this action were formed in this District, and the performance and breach of contract also occurred in this District.

## **FACTUAL ALLEGATIONS**.

21.     Prior to the COVID-19 pandemic, Fordham had a longstanding tradition of offering most of its courses in face-to-face classroom settings on campus. In accordance with this prior course of conduct, Fordham scheduled the vast majority of its Spring 2020 courses to be in-person and on-campus.

22.     During registration for Spring 2020 courses, Fordham's online course enrollment system offered students the opportunity to search for classes with the special attribute of "Online Course."[1] Even if students did not search specifically for online courses, Fordham's course enrollment system informed students of the instructional mode (in-person or online) and physical locations of their proposed classes before students finalized their registration. Therefore, when enrolling in classes for the Spring 2020 semester, Fordham students made informed choices about whether to spend their tuition dollars on in-person or online modes of course delivery.

---

[1] *See Registration*, Fordham University, https://reg-prod.ec.fordham.edu/StudentRegistrationSsb/ssb/courseSearch/courseSearch (choose "Browse Course Catalog," select "Spring 2020" from dropdown, choose "Advanced Search," then search for Attribute "Online Course") (last visited Sep. 15, 2023).

5

23.    To enroll in classes, Fordham students are required to pay tuition and some form of mandatory fees. The Spring 2020 semester was scheduled to commence on or about January 13, 2020, and end on or around May 12, 2020.[2]

24.    Tuition for the Spring 2020 semester was $26,490 for full-time undergraduate students.[3]

25.    Fordham uses its marketing materials, course catalog, and other bulletins to solicit students for its in-person, on-campus educational programs.

26.    Fordham describes in-person interaction with faculty as a core benefit of enrollment at the university. For example, Fordham's website promised students that:

> You'll get to know these faculty members over time. For starters, there's our 13-to-1 student-to-faculty ratio, which practically guarantees close contact in classes. But there are also ample opportunities to collaborate in other ways. And there are the connections you'll make—our faculty have deep ties to city institutions that often help pave the way to internships.[4]

27.    Fordham's website also describes its curriculum as a "future proof" education, where close in-person collaboration will prepare students for employment in different career fields.[5] The same webpage contains a promotional video wherein students describe Fordham as a "huge melting pot of people from all over the world" and a place where students could "bounce [their] idea off of different people."[6]

---

[2] *Fordham University Academic Calendar*, Fordham University, https://go.activecalendar.com/FordhamUniversity/site/academic/?view=list&search=y (last visited Sep. 15, 2023).

[3] *Fordham Fact Sheet – Fall 2019*, Fordham University, https://analytics.fordham.edu/login/wp-content/uploads/2020/02/Fordham-Fact-Sheet-2019F.pdf (last visited Sep. 15, 2023).

[4] *Faculty: Scholars and Mentors*, Fordham University, https://web.archive.org/web/20200427145843/https://www.fordham.edu/info/23377/faculty (captured Apr. 27, 2020).

[5] *See Curriculum: Future Proof*, Fordham University, https://www.fordham.edu/info/21516/curriculum (captured Sep. 30, 2020).

[6] *Fordham Life*, Vimeo (2015), https://vimeo.com/138809630 at 0:12-0:19.

28.     Fordham's marketing materials also emphasize the importance of extracurricular student organizations as part of its in-person educational experience. Fordham boasts that the Rose Hill campus offers 130 student organizations and the Lincoln Center offers 60, all of which "provide students with meaningful interactions outside of the classroom that connect them with their peers and with other members of the University community."[7]

29.     Fordham promotes its campus community as a benefit of enrollment in its on-campus educational programs, informing  prospective students that it "hosts an extraordinary variety of lectures, performances, exhibitions, concerts, service outings, film screenings, spiritual gatherings and more – many of which are student planned and run," and that these events create a "strong sense of community, plenty of school spirit, and tradition" that are "[o]ne of the best aspects of a great college experience."[8]

30.     Fordham also highlights the extensive on-campus spaces and resources as a significant benefit of in-person enrollment, including:

   a.     The Ram Fit Center on the Rose Hill campus and the Lincoln Center fitness center, spaces that offer "health and wellness programming, . . . group fitness classes, . . .  weight equipment, treadmills, and elliptical machines" and encourage students to "embrace health and wellness as a lifestyle;"[9]

---

[7]   *Rose Hill Student Organizations*, Fordham University, https://web.archive.org/web/20200930183133/https://www.fordham.edu/info/21466/student_organizations/3091/rose_hill_student_organizations (captured Sept. 30, 2020); *Lincoln Center Student Organizations*, Fordham University, https://www.fordham.edu/info/21466/student_organizations/3092/lincoln_center_student_organizations (captured Oct. 27, 2020).

[8]   *Events and Activities*, Fordham University, https://web.archive.org/web/20200427145845mp_/https://www.fordham.edu/info/21408/events_and_activities (captured Apr. 27, 2020).

[9]   *Fitness and Recreation*, Fordham University, https://web.archive.org/web/20200503073400/https://www.fordham.edu/info/20027/fitness_and_recreation (captured May 3, 2020).

b.   The Walsh Library on the Rose Hill Campus, which offers students numerous study spaces, including a 24-hour study space consisting of a reading room, computer lab and photocopy center,[10] as well as the Rose Hill Writing Center, which offers writing assistance to students in a space with "elegant fixtures that cast perfect reading light . . . spacious work stations and new computers;"[11]

c.   The Quinn Library on the Lincoln Center campus, where "each floor has its own sort of distinctive feel, its own ambience," including a casual social "commons" area, collaborative study rooms, and quiet individual study spaces;[12] and

d.   The Language Learning Center at Rose Hill and the Language Laboratory at Lincoln Center, both described as "state-of-the-art multi-use, interactive digital facilities consisting of self-contained computer stations, all equipped with the most up-to-date audio, recording, and film viewing technology," which offer students "the ability to complete their assignments and practice their language in an optimal independent study environment."[13]

---

[10] *Walsh Library Opens Its Doors to Students 24/7*, Fordham News (Oct. 4, 2007), https://news.fordham.edu/university-news/walsh-library-opens-its-doors-to-students-247.

[11] *Writing Center Gets State of the Art Home in Walsh Library*, Fordham News (Feb. 24, 2015), https://news.fordham.edu/university-news/writing-center-gets-state-of-the-art-home-in-walsh-library.

[12] Fordham University, *Quinn: A 21st Century Library with a 175 Year Legacy*, YouTube (Oct. 3, 2016), https://www.youtube.com/watch?v=u8u07cHC0ZM at 0:07-0:12.

[13] *Language Learning Center*, Fordham University, https://www.fordham.edu/academics/academic-resources/language-learning-center/ (last visited Sept. 15, 2023).

31.     Fordham also emphasized the benefits of its in-person educational programs when it markets on-campus residence options to students. For example, Fordham promises that students who live on campus will have the opportunities to:

> "Develop relationships with a diverse population of people; Develop stronger interpersonal and communication skills; Get more involved in campus leadership, organizations and activities; [and] Have more contact with faculty and staff members."[14]

32.     Moreover, Fordham promotes its New York City location as a central component of its identity and a compelling reason for students to decide to attend. Fordham asserts a trademark over the phrase "New York is my campus. Fordham is my school" which appears prominently in Fordham's marketing materials, including on the footer of every page on the fordham.edu website.[15]

33.     Consistent with promoting its location in New York City as a benefit of enrollment in its in-person educational programs, Fordham released a promotional video on YouTube in 2019, entitled "Why We Choose Fordham: New York City."[16]

34.     Fordham further describes its Lincoln Center campus as "in the middle of everything," promising students that "[w]ith Broadway a block to the east and Central Park not much farther, nearly every great thing you can imagine about living in New York is right at your doorstep: museums, restaurants, music, all of it."[17]

---

[14] *Living on Campus*, Fordham University, https://web.archive.org/web/20170105232644/http://www.fordham.edu/homepage/586/living_on_campus (captured Jan. 5, 2017).

[15] Fordham University, https://www.fordham.edu (last visited Sep. 15, 2023); *see also* Fordham University, https://web.archive.org/web/20200101030247/https://www.fordham.edu (captured Jan. 1, 2020).

[16] Fordham University, *Why We Choose Fordham: New York City*, YouTube (Apr. 10, 2019), https://www.youtube.com/watch?v=XeH1un77VbQ.

[17] *Lincoln Center Campus: In the Middle of Everything*, Fordham University, https://web.archive.org/web/20190702142557/https://www.fordham.edu/info/21454/lincoln_center_campus (captured Jul. 2, 2019).

35.    Fordham similarly advertises that its Rose Hill campus is "as idyllic as college campuses get: 85 acres featuring Gothic architecture and tree-lined walkways . . . right across the street from the incredibly lush New York Botanical Garden."[18]

36.    Plaintiff and members of the Class paid their tuition in the Spring 2020 semester to enjoy everything Fordham offered them, including on-campus resources, campus community, and in-person education throughout the entire Spring 2020 semester.

37.    When enrolling in classes for the Spring 2020 semester, Plaintiff and members of the Class chose to enroll in classes offered in-person, to obtain the benefits outlined above.

38.    Plaintiff and members of the Class were also required to pay a general fee and technology (the "Mandatory Fee") for the Spring 2020 semester. Upon information and belief, the Mandatory Fee ranged between $500 and $600 for the Spring 2020 semester.[19]

---

[18] *Rose Hill Campus: Hallowed Halls*, Fordham University, https://web.archive.org/web/20190702142552/https://www.fordham.edu/info/21453/rose_hill_campus (captured Jul. 2, 2019).

[19] *See, e.g.*, *Tuition and Fees: Fordham College at Rose Hill*, Fordham University, https://web.archive.org/web/20200921063029/https://www.fordham.edu/info/21259/tuition_and_fees/5705/fordham_college_at_rose_hill (captured Sept. 21, 2020) ($270 General Fee per term for 2020-2021 academic year); *Tuition and Fees: Fordham College at Lincoln Center*, Fordham University, https://web.archive.org/web/20201027121933/https://www.fordham.edu/info/21259/tuition_and_fees/5706/fordham_college_at_lincoln_center (captured Sept. 21, 2020) ($255 General Fee per term for 2020-2021 academic year); *Tuition and Fees: Fordham College at Rose Hill*, Fordham University, https://web.archive.org/web/20161208083258/http://www.fordham.edu:80/info/21259/tuition_and_fees/5705/fordham_college_at_rose_hill (captured Nov. 28, 2016) ($281 General Fee per term for 2016-2017 academic year); *Tuition and Fees: Fordham College at Lincoln Center*, Fordham University, https://web.archive.org/web/20161128155411/http://www.fordham.edu:80/info/21259/tuition_and_fees/5706/fordham_college_at_lincoln_center (captured Nov. 28, 2016) ($266 General Fee per term for 2016-2017 academic year).

39.     Plaintiff and the members of the Class paid the Mandatory Fee for the Spring 2020 semester so they could benefit from on-campus services and facilities offered by Fordham to its students.

40.     Despite Plaintiff and Class members paying Spring 2020 semester tuition and the Mandatory Fee to attend Fordham for an in-person and on-campus educational experience, Fordham failed to provide the promised in-person education for the duration of the entire Spring 2020 semester, instead providing only online instruction for approximately half of the Spring 2020 semester.

**A.     In Response to COVID-19, Fordham Closed Campus, Preventing Access to its Facilities, Services, Housing, and Dining, and Cancelled All In-Person Classes.**

41.     On March 9, 2020, Fordham announced the decision to suspend in-person classes until further notice.[20] Four days later, on March 13, 2020, Fordham extended this suspension through the remainder of Spring 2020 semester.[21]

42.     On March 9, 2020, Fordham encouraged residential students to return home or contact the Residential Life office for authorization to stay on-campus.[22] By March 13, 2020, Fordham was asking students to "leave University housing as quickly as they can."[23] Only those students with "dire personal circumstances" could receive a "limited exception[ ]" to remain on-

---

[20] *President's COVID-19 Update: March 9, 2020, 12 p.m.*, Fordham News (Mar. 9, 2020), https://news.fordham.edu/university-news/presidents-covid-19-update-march-9-2020-12-p-m.
[21] *University Operations: Update March 13, 2020, 8 p.m.*, Fordham News (Mar. 13, 2020), https://news.fordham.edu/university-news/university-operations-update-march-13-2020-8-p-m.
[22] *President's COVID-19 Update*, *supra* note 20.
[23] *University Operations*, *supra* note 21.

campus.[24] Students who did not receive an exception were not permitted to enter any Fordham campus building after March 22, 2020.[25]

43.    On March 11, 2020, Fordham cancelled all on-campus events and gatherings through March 29, 2020.[26] Fordham's subsequent closure of all on-campus buildings on March 22, 2020 effectively extended its ban on in-person events and gatherings through the remainder of Spring 2020 semester.[27]

44.    Fordham closed all on-campus athletic facilities and fitness centers on March 15, 2020, and all on-campus dining venues on March 17, 2020.[28]

45.    On March 27, 2020, Fordham postponed its Spring 2020 commencement ceremonies.[29] In lieu of in-person commencement, Fordham held a videocast commencement ceremony.[30]

46.    Fordham did not hold any in-person classes for undergraduate students between March 9, 2020 and the end of Spring 2020 term. All Spring 2020 classes after March 9, 2020 were only offered in a remote, online format with no in-person instruction or interaction.

47.    Most of the services for which the Mandatory Fee was assessed were also terminated, cancelled, or severely curtailed at or about this time, such as access to the health and

---

[24] *University Operations Update: Wednesday, March 18, 2020, 3 p.m.*, Fordham News (Mar. 18, 2020),            https://news.fordham.edu/university-news/university-operations-update-wednesday-march-18-2020-3-p-m/.

[25] *University Status: Update March 21, 2020, 8 p.m.*, Fordham News (Mar. 21, 2023), https://news.fordham.edu/university-news/university-status-update-march-21-2020-8-p-m/.

[26] *President's COVID-19 Update: March 11, 2020, 9 p.m.*, Fordham News (Mar. 19, 2020), https://news.fordham.edu/university-news/presidents-covid-19-update-march-11-2020-9-p-m.

[27] *University Status*, *supra* note 25.

[28] *University Operations Update*, *supra* note 24.

[29] *Fordham's 175th Commencement Postponed*, Fordham News, (Mar. 27, 2020), https://news.fordham.edu/university-news/fordhams-175th-commencement-postponed.

[30] *Fordham to Host Videocast Commencement Ceremony*, Fordham News (May 6, 2020), https://news.fordham.edu/university-news/fordham-to-host-videocast-degree-ceremony.

wellness facilities, programs or services; fitness facilities; student events or sports; and an in-person commencement.

48.     Although Fordham provided prorated refunds for residence hall rooms and student meal plans, Fordham did not provide reimbursement or refund information regarding tuition or the Mandatory Fee.[31]

**B.     Students Experienced Significant Losses, in Many Cases of Borrowed Funds as a Result of Fordham's Conduct.**

49.     At Fordham, the median federal loan debt among borrowers who completed their undergraduate degree is $25,000.[32] The median monthly federal loan payment (if it were repaid over 10 years at 5.05% interest) for federal student loan borrowers who graduated from Fordham is $250.[33]

50.     In addition, 13% of graduating students at Fordham took out private loans.[34] Students with private loans had an average of $52,817 in private loan debt at graduation.[35]

51.     With the campus shut down for more than half of the semester, Plaintiff and the proposed Class have been deprived of the benefits of the on-campus educational experience as set forth above. Nevertheless, Fordham has refused to refund any portion of tuition or the Mandatory Fee, despite not providing the on-campus educational experience for which students paid.

52.     Students attending Fordham's Spring 2020 semester did not choose to attend an online institution of higher learning, but instead chose to enroll in Fordham's in-person, on campus educational program.

---

[31] *Fordham Issues Partial Refunds to Students*, Fordham Observer (Apr. 1, 2020), https://fordhamobserver.com/ 45174/recent/news/fordham-issues-partial-refunds-to-students.
[32] *Fordham University Tuition & Financial Aid*, U.S. News, https://www.usnews.com/best-colleges/fordham-university-2722/paying (last visited Sept. 15, 2023).
[33] *Id.*
[34] *Id.*
[35] *Id.*

53.     During the online portion of the Spring 2020 semester, Fordham principally used programs by which previously recorded lectures were posted online for students to view on their own, or by virtual Zoom meetings. Therefore, there was a lack of classroom interaction between students and professors and among students that is instrumental in interpersonal skill development.

54.     The online formats used by Fordham did not require memorization or the development of strong study skills given the absence of any possibility of being called on in class and the ability to consult books and other materials when taking exams.

55.     Students were deprived of the opportunity for hands-on, collaborative learning and in-person dialogue, feedback, and critique.

56.     Access to facilities such as libraries, laboratories, computer labs, and study rooms, integral to a university education, and access to the myriad activities offered by campus life that foster social development, leadership, wellness, independence, and networking for future careers, are all substantial and materials parts of the basis upon which Fordham can charge the tuition it charges. Contrary to Fordham's promises, these services and facilities were not provided.

57.     Fordham has not made any refund of any portion of the tuition Plaintiff and the members of the Class paid for the Spring 2020 semester for the period it moved to online distance learning.

58.     Nor has Fordham refunded any portion of the Mandatory Fee it collected from Plaintiff and the members of the Class for the Spring 2020 semester even though Defendant closed or ceased operating the services and facilities for which the Mandatory Fee was intended to cover.

59.     Plaintiff and the Class are therefore entitled to a pro-rated refund of the tuition and Mandatory Fee they paid Fordham for the Spring 2020 semester for the remaining days of that semester after classes moved from in-person to online and facilities were closed.

## CLASS ACTION ALLEGATIONS

60.     Plaintiff brings this case individually and, pursuant to Rule 23 of the Federal Rules of Civil Procedure, on behalf of the class defined as:

> All Fordham University students who satisfied their payment obligations for the Spring Semester 2020 tuition and/or Mandatory Fee and who were enrolled in at least one in-person on-campus class (the "Class").

61.     Specifically excluded from the Class are all undergraduate students who received full Fordham-funded scholarships for the Spring 2020 semester, Defendant, Defendant's officers, directors, agents, trustees, parents, children, corporations, trusts, representatives, employees, principals, servants, partners, joint ventures, or entities controlled by Defendant, and its heirs, successors, assigns, or other persons or entities related to or affiliated with Defendant and/or Defendant's officers.

62.     Subject to additional information obtained through further investigation and discovery, Plaintiff reserves the right to amend, narrow, or expand the class definition.

63.     **Numerosity:** The Class is so numerous that joinder of all members is impracticable. Although the precise number of Class members is unknown to Plaintiff, Fordham reported several thousand students enrolled for the 2019-2020 school year. The names and addresses of all such students are known to Fordham and can be identified through Fordham's records. Class members may be notified of the pendency of this action by recognized, Court-approved notice dissemination methods, which may include U.S. Mail, electronic mail, Internet postings, and/or published notice.

64.     **Commonality:** There are questions of law and fact common to the members of the Class including, without limitation:

            a.      Whether Fordham accepted money from Plaintiff and the Class members in exchange for the promise to provide an in-person and on-campus

educational experience, as well as certain facilities and services throughout the Spring 2020 semester;

b.  Whether Fordham breached its contracts with Plaintiff and the members of the Class by failing to provide them with an in-person and on-campus educational experience after mid-March 2020;

c.  Whether Fordham breached its contracts with Plaintiff and the Class by transitioning to remote education, and failing to provide the services and facilities to which the Mandatory Fee pertained after mid-March 2020;

d.  Whether Fordham was unjustly enriched by retaining a portion of the tuition and Mandatory Fee during the period of time Fordham was closed during the Spring 2020 semester, and Plaintiff and the members of the Class were denied an in-person and on-campus educational experience and access to the services and facilities for which tuition and the Mandatory Fee was paid;

e.  Whether Fordham intentionally interfered with the rights of the Plaintiff and the Class when it moved all in-person classes to a remote online format, cancelled all on-campus events, strongly encouraged students to stay away from campus, and discontinued services for which the Mandatory Fee was intended to pay, all while retaining the tuition and Mandatory Fee paid by Plaintiff and the Class; and

f.  The amount of damages and other relief to be awarded to Plaintiff and the Class members.

65.  **Typicality:** Plaintiff's claims are typical of the claims of the members of the Class. Plaintiff and the other Class members each contracted with Defendant for it to provide an in-person

and on-campus educational experience for the tuition they paid and the services and facilities for the Mandatory Fee that they paid, that Fordham stopped providing for the remainder for the Spring 2020 semester.

66.    **Adequacy of Representation:** Plaintiff is an adequate class representative because his interests do not conflict with the interests of the other Class members whom he seeks to represent. Plaintiff has retained competent counsel who are experienced in complex class action litigation, and Plaintiff intends to prosecute this action vigorously. Class members' interests will be fairly and adequately protected by Plaintiff and his counsel.

67.    **Predominance.** Common questions of law and fact predominate over any questions affecting only individual Class members. Similar or identical violations, business practices, and injuries are involved. Individual questions, if any, pale by comparison, in both quality and quantity, to the numerous common questions that dominate this action. For example, Defendant's liability and the fact of damages is common to Plaintiff and each member of the Class. If Defendant breached its contracts to Plaintiff and Class members, then Plaintiff and each Class member suffered damages by that conduct.

68.    **Superiority:** A class action is superior to any other available means for the fair and efficient adjudication of this controversy, and no unusual difficulties are likely to be encountered in the management of this class action. The damages or other financial detriment suffered by Plaintiff and the other Class members is relatively small compared to the burden and expense that would be required to individually litigate their claims against Fordham, making it impracticable for Class members to individually seek redress for Fordham's wrongful conduct. Even if Class members could afford individual litigation, the court system could not. Individual litigation creates a potential for inconsistent or contradictory judgments and increases the delay and expense to all

parties and the court system. By contrast, the class action device presents far fewer management difficulties and provides the benefits of a single adjudication, economies of scale, and comprehensive supervision by a single court.

69.    **Ascertainability:** Members of the Class are ascertainable. Class membership is defined using objective criteria, and Class members may be readily identified through Defendant's books and records.

**<u>FIRST CLAIM FOR RELIEF</u>**
**BREACH OF IMPLIED CONTRACT**
**(On Behalf of Plaintiff and the Class)**

70.    Plaintiff repeats and re-alleges the factual allegations above, as if fully alleged herein.

71.    Plaintiff brings this claim individually and on behalf of the members of the Class.

72.    When Plaintiff and Class members paid Fordham tuition and the Mandatory Fee for the Spring 2020 semester, Fordham agreed to, among other things, provide an in-person and on-campus educational experience as well as the services and facilities to which the Mandatory Fee they paid pertained throughout the entire Spring 2020 semester. As a result, Plaintiff and each member of the Class entered into binding implied contracts with Fordham.

73.    When entering into implied contracts, Plaintiff and Class members reasonably believed and expected that Fordham would provide them with an on-campus and in-person educational experience, as opposed to remote learning, and use of Defendant's facilities and services for the duration of the entire Spring 2020 semester as mutually agreed and intended in accordance with Defendant's publications, including but not limited to, its marketing materials, course catalogues, and other bulletins, as well as Fordham's history and prior course of providing in-person and on-campus education.

74.     Plaintiff and Class members fully performed their obligations under their implied contracts with Fordham by registering for classes and paying tuition and the Mandatory Fee.

75.     Defendant is in possession of all contracts, materials, circulars, advertisements and the like between Plaintiff and members of the Class on one hand, and Fordham on the other.

76.     Fordham breached its contracts with Plaintiff and the Class by failing to provide the promised in-person and on-campus educational experience as well as the services and facilities to which the Mandatory Fee pertained throughout the Spring 2020 semester, yet has retained monies paid by Plaintiff and the Class for an on-campus and in-person educational experience and access to these services and facilities during the entire Spring 2020 semester. Plaintiff and the members of the Class have therefore been denied the benefit of their bargain.

77.     Plaintiff and the members of the Class have suffered damages as a direct and proximate result of Fordham's breach in the amount of the pro-rated portion of the tuition and Mandatory Fee they each paid equal to the reduction in contracted for education and services during the portion of time the Spring 2020 semester when Fordham discontinued in-person classes and closed campus facilities.

78.     Fordham should return such portions of the tuition and Mandatory Fee to Plaintiff and each Class member.

<u>**SECOND CLAIM FOR RELIEF**</u>
**UNJUST ENRICHMENT**
**(On Behalf of Plaintiff and the Class)**

79.     Plaintiff repeats and re-alleges the factual allegations above, as if fully alleged herein.

80.     Plaintiff brings this claim individually and on behalf of the members of the Class in the alternative to the First Claim for Relief, to the extent it is determined that Plaintiff and the Class do not have an enforceable contract with Fordham regarding the relief requested.

81.     Plaintiff and members of the Class conferred a benefit on Fordham in the form of tuition and the Mandatory Fee paid for the Spring 2020 semester. The payment of this tuition and Mandatory Fee was to be in exchange for an in-person, on-campus educational experience to be provided to Plaintiff and the members of the Class throughout the Spring 2020 semester.

82.     Fordham knowingly accepted the benefits conferred upon it by Plaintiff and Class members.

83.     Fordham has retained the full benefit of the tuition and Mandatory Fee payments made by Plaintiff and the members of the Class for the Spring 2020 semester—without providing the benefits that Plaintiff and Class members were owed.

84.     For example, Fordham failed to provide Plaintiff and Class members access to many on-campus facilities and services after March 9, 2020, yet Fordham assessed Plaintiff and Class members with tuition and fees that covered the cost of upkeep and maintenance of such facilities and services.

85.     Indeed, as a result of closing campus and moving classes online, Fordham saved significant sums of money in the way of reduced utility costs, reduced staffing requirements, reduced or eliminated hours for hourly employees, reduced or eliminated hours for paid work student students, and otherwise.

86.     Upon information and belief, the costs incurred for having an online only program is significantly lower than the overhead needed to provide classes and services on campus.

87.    As a result of Fordham's retention of all the tuition and Mandatory Fee paid by Plaintiff and members of the Class during the period of time Fordham was closed, Plaintiff and members of the Class were denied an in-person and on-campus educational experience and access and the services and facilities for which the Mandatory Fee were paid. This was unjust and inequitable under the circumstances.

88.    Allowing Fordham to retain the full benefit of tuition and Mandatory Fees paid for in-person on campus education and experiences, after reducing the benefit provided and the costs incurred by Fordham, unjustly enriched Defendant.

89.    Accordingly, Fordham has been unjustly enriched and should return the prorated portion of the tuition and Mandatory Fee that Plaintiff and Class members each paid equal to the reduction in benefit for education and services during the remainder of the Spring 2020 semester when Fordham discontinued in-person classes and closed campus facilities.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff, on behalf of himself and all others similarly situated, prays for relief as follows:

(a)    For an order certifying the Class under Rule 23 of the Federal Rules of Civil Procedure and naming Plaintiff as representative of the Class and Plaintiff's attorneys as Class Counsel to represent the Class;

(b)    For an order finding in favor of Plaintiff and the Class on all counts asserted herein;

(c)    For compensatory damages in an amount to be determined by the trier of fact;

(d)    For an order of restitution and all other forms of equitable monetary relief;

(e)    Awarding Plaintiff reasonable attorneys' fees, costs, and expenses;

(f)    Awarding pre- and post-judgment interest on any amounts awarded; and,

(g)    Awarding such other and further relief as may be just and proper.

## **DEMAND FOR TRIAL BY JURY**

A jury trial is demanded on all claims so triable.


Dated:  September 18, 2023                         Respectfully submitted,

                                                   */s/ Gary F. Lynch*
                                                   Gary F. Lynch
                                                   Nicholas A. Colella*
                                                   **LYNCH CARPENTER, LLP**
                                                   1133 Penn Avenue, 5th Floor
                                                   Pittsburgh, Pennsylvania 15222
                                                   Telephone: 412-322-9243
                                                   Facsimile: 412-231-0246
                                                   gary@lcllp.com
                                                   jamisen@lcllp.com
                                                   nickc@lcllp.com

                                                   *pro hac vice* forthcoming

                                                   *Counsel for Plaintiff and the Proposed
                                                   Class*